# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19CR1223-GPC |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT FOR THE DISMISSAL OF THE INFORMATION AS TO MAURICIO ISMAEL PARTIDA-ALEJO** |
| v. | |
| MAURICIO ISMAEL PARTIDA-ALEJO (1), | |
| Defendant. | |

Based upon the Motion of the United States, and good cause appearing therefor, it is hereby:

ORDERED that the Government's motion to dismiss the information as to Defendant Mauricio Ismael Parida-Alejo is GRANTED without prejudice.

Dated: May 24, 2019

_____
Hon. Gonzalo P. Curiel
United States District Judge